STATE OF NEW JERSEY v. FRANK KOVACK.

May 26, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. FRANK KOVACK.

May 26, 1982.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. MICHAEL WRIGHT.

May 26, 1982.

Certification granted, and it is further ORDERED that the motion for summary reversal is granted and the judgment of conviction on Count I (possession of a handgun without a permit in violation of *N.J.S.A.* 2C:39–5(b)) of Indictment 658–79 is reinstated.

PAULINE WENZLER v. THE TOWNSHIP OF HILLSIDE.

June 8, 1982.

Petition for certification denied.